03127-________-JLS

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
By: John L. Slimm, Esquire -- NJ Attorney ID No: 263721970 (JLSlimm@mdwcg.com)
15000 Midlantic Drive
P.O. Box 5429
Mt. Laurel, NJ 08054 856-414-6000
Attorney for Defendant, Paula G. Kaplan Attorney-At-Law and Paula G. Kaplan

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)**

| | |
|---|---|
| SEREN TEKKOC, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>PAULA G. KAPLAN ATTORNEY-AT-LAW AND PAUL G. KAPLAN<br><br>Defendants. | CIVIL ACTION NO:<br><br>**NOTICE OF REMOVAL** |

Defendants, Paula G. Kaplan Attorney-At-Law and Paula G. Kaplan, by and through their counsel, Marshall, Dennehey, Warner, Coleman & Goggin, hereby remove this action, pursuant to 28 U.S.C. §1331 and §1441, to the United States District Court for the District of New Jersey, and in support thereof state as follows:

1. On August 1, 2017, plaintiff, Seren Tekkoc ("plaintiff"), filed a Complaint in the Superior Court of New Jersey, Law Division, Middlesex County, under Docket No: MID-L-4544-17 ("the State Court action").

2. Defendants were served with a copy of the Summons and Complaint on August 2, 2017 (a true and correct copy of all pleadings and process are attached as Exhibit "A").

3. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446.

4. Plaintiff is an individual residing in Edison, New Jersey. (See Exhibit "A").

5. Defendant is an attorney-at-law with a main business address at 55 Morris Avenue, Suite 100, Springfield, NJ 07081. (See Exhibit "A").

6. The State Court action alleges that defendants violated the FDCPA, 15 U.S.C. §1692, *et seq.* and 15 U.S.C. §1692k(d). (See Exhibit "A").

7. Therefore, this suit is a Fair Debt Collection Practices Act suit, of which the United States District Court has subject matter jurisdiction.

8. In the Complaint, the plaintiff makes the following pertinent allegations:

> 64. Defendants violated 15 U.S.C. §1692, *et seq.* of the FDCPA in connection with its collection attempts against plaintiff and others similarly situated.
>
> 65. Defendants violated the FDCPA, including but not limited to, 15 U.S.C. §1692g, 15 U.S.C. §1692g(a), 15 U.S.C. §1692e, 15 U.S.C. §1692e(10), 15 U.S.C. §1692f, and 15 U.S.C. §1692f(1), by sending collection letters to plaintiff and others similarly situated containing statements substantially the same as or similar to any or all of the following statements …

(See Exhibit "A")

9. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331, Federal question jurisdiction, because the plaintiff alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*.

10. Venue is properly laid in the Newark vicinage of the District of New Jersey, pursuant to 28 U.S.C. §1391(a)(2).

WHEREFORE, the defendants hereby remove the above action pending against them in the Superior Court of New Jersey, Law Division, Middlesex County, to the United States District Court for the District of New Jersey.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
Attorneys for Defendants, Paula G. Kaplan
Attorney-At-Law and Paula G. Kaplan

BY: *_/s/John L. Slimm_*
JOHN L. SLIMM

Dated: August 23, 2017