03127-01363-JLS
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
By: John L. Slimm, Esquire -- NJ Attorney ID No: 263721970 (JLSlimm@mdwcg.com)
15000 Midlantic Drive
P.O. Box 5429
Mt. Laurel, NJ  08054          856-414-6000
Attorney for Defendant, Paula G. Kaplan Attorney-At-Law and Paula G. Kaplan

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### (NEWARK VICINAGE)

| | |
|---|---|
| SEREN TEKKOC, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>PAULA G. KAPLAN ATTORNEY-AT-LAW AND PAUL G. KAPLAN<br><br>Defendants. | CIVIL ACTION NO:<br>2:17-cv-06335<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed upon by the parties and counsel listed below that the claims by and between plaintiff Seren Tekkoc, and defendant Paula G. Kaplan t/a Paula G. Kaplan Attorney-at-Law, in this matter be and the same are hereby dismissed with prejudice and without costs to the parties.

LAW OFFICE OF DAVID C. RICCI, LLC

By: s/David C. Ricci
   DAVID C. RICCI, ESQUIRE
   Attorney for Plaintiff,
   Seren Tekkoc

DATED: 09/25/2018

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

By: s/Dante C. Rohr
   DANTE C. ROHR, ESQUIRE
   Attorney for Defendant,
   Paula G. Kaplan t/a Paula G. Kaplan
   Attorney-at-Law

DATED: 09/25/2018

So Ordered this 27th day of September, 2018

_____
Kevin McNulty, U.S.D.J.